UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 2:25-cr-239-KCD-DNF

JOSE MANUEL CARABALLO-TORRES

### PRELIMINARY ORDER OF FORFEITURE

The United States moves for a Preliminary Order of Forfeiture for a Ruger LCP .380 pistol, and assorted ammunition, seized on or about September 27, 2025.

Being fully advised of the relevant facts, the Court finds that the firearm and ammunition, identified above, were involved in the offense charged in Count One of the Indictment, for which the defendant was found guilty.

The United States' motion is **GRANTED**. Under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the assets identified above are **FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the defendant at the time it is entered.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the

forfeiture and disposition of such property.

**ORDERED** in Fort Myers, Florida, on March 11, 2026.

**KYLE C. DUDEK**
**United States District Judge**

Copies:
Suzanne C. Nebesky, AUSA
Counsel of Record